IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

VS.                                                 CRIMINAL NO. 2:17-cr-41-KS-MTP

JUAN PABLO ZEMORA GOMEZ AND
VINCENTE MANUEL RUIZ                                                DEFENDANTS

## ORDER

THIS CAUSE IS BEFORE THE COURT on Motion and Request for Presentence Investigative Report [100] filed by Vincente Manuel Ruiz. The Court has considered the request and finds that the request does not meet the criteria established by U.S. Probation Service and this Court for obtaining a copy of the Presentence Investigative Report. For that reason the request is DENIED.

Also, the Movant does not articulate any pressing need for the report, and therefore the Motion is DENIED.

SO ORDERED this the ___22nd___ day of April, 2019.

                                                    ____s/Keith Starrett_____
                                                      UNITED STATES DISTRICT JUDGE